MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Rogelio Rodriguez-Salsada__ No. __08mj0890__

The Court finds excludable delay, under the section designated by an X
commenced on __3/24/08__ and ended on __3/27/08__ xm
_____ and ended on _____

3161(h)

| | | |
|---|---|---|
| ___ | (1)(A) | Exam or hrg for mental or physical incapacity |
| ___ | (1)(B) | NARA examination (28:2902) |
| ___ | (1)(D) | State or Federal trials or other charges pending |
| ___ | (1)(E) | Interlocutory appeals |
| ___ | (1)(F) | Pretrial motions (from flg to hrg or other prompt dis) |
| ___ | (1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) |
| ___ | (1)(J) | Proceedings under advisement not to exceed thirty days |
| ___ | | Misc proc: Parole or prob rev, deportation, extradition |
| ___ | (1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less |
| ___ | (1)(I) | Consideration by Court of proposed plea agreement |
| ___ | (2) | Prosecution deferred by mutual agreement |
| X | (3)(A)(B) | Unavailability of defendant or essential witness |
| ___ | (4) | Period of mental or physical incompetence of defendant to stand trial |
| ___ | (5) | Period of NARA commitment or treatment |
| ___ | (6) | Superseding indictment and/or new charges |
| ___ | (7) | Defendant awaiting trial of co-defendant when no severance has been granted |
| ___ | (8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance |
| ___ | (8)(B)(i) | 1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice) |
| ___ | | 2) Failure to grant a continuance at the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea) |
| ___ | (8)(B)(ii) | 2) Case unusual or complex |
| ___ | (8)(B)(iii) | 3) Indictment following arrest cannot be filed in thirty days |
| ___ | (8)(B)(iv) | 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel) |
| ___ | 3161(I) | Time up to withdrawal of guilty plea |
| ___ | 3161(b) | Grand jury indictment time extended thirty (30) more days |

Date __3-26-08__                                  _/s/_