1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Rogelio Rodriguez-Salsada

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0890 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| ROGELIO RODRIGUEZ-SALSADA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR<br>Efile.dkt.gc2@usdoj.gov

                                Respectfully submitted,

DATED:    April 1, 2008        /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Rogelio Rodriguez-Salsada